**[REDACTED]**

1  WILLIAM C. ROOKLIDGE (SBN 134483)
2  MARTHA K. GOODING (SBN 101638)
   ROBERT C. LAURENSON (SBN 132940)
3  **HOWREY LLP**
   4 Park Plaza
4  Suite 1700
   Irvine, CA 92614
5  Telephone:  949-721-6900
   Facsimile:  949-721-6910
6  E-mail:  rooklidgew@howrey.com
   E-mail:  goodingm@howrey.com
7  E-mail:  laurensonr@howrey.com
8
   DAVID J.F. GROSS (*pro hac vice*)
9  CALVIN L. LITSEY (*pro hac vice*)
   **FAEGRE & BENSON LLP**
10 2200 Wells Fargo Center
   90 South Seventh Street
11 Minneapolis, MN 55402
   Telephone:  612-766-7000
12 Facsimile:  612-766-1600
   E-mail:  dgross@faegre.com
13 E-mail:  clitsey@faegre.com
14 **Attorneys for Defendant
   SEAGATE TECHNOLOGY**
15

16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| **SIEMENS AG,** | **Case No. SACV06-788 JVS (ANx)** |
| Plaintiff, | |
| vs. | **DECLARATION OF** |
| **SEAGATE TECHNOLOGY,** | **KENNETH D. ALLEN, PH.D** |
| Defendant. | |

25  Discovery Cutoff: July 29, 2008         Hearing Date:  April 28, 2008
    Pretrial Conference: October 27, 2008   Time:  1:30 pm
26  Trial Date: November 11, 2008           Place:  Courtroom 10C
27                                                  Before Judge James V. Selna
28

**[REDACTED]**

I, KENNETH D. ALLEN, Ph.D, declare:

1. I am the Vice-President for Transducer Development at Seagate, and I have held this position since 2001. I am responsible for the development of recording heads for use in Seagate's hard disc drive ("HDD") technology, and I am familiar with all of Seagate's HDD products from 2000 through the present. I received my Ph.D in chemical engineering from the Massachusetts Institute of Technology in 1986. I joined Seagate in 1993, and I worked on the manufacturing side of Seagate's business from 1993 to 2001. Prior to becoming Vice-President for Transducer Development, I was in charge of Seagate's recording head wafer manufacturing activities in Londonderry, N. Ireland from 1997 to 1999. From 1999 to 2001, I was in charge of Seagate's recording head wafer manufacturing activities in both Londonderry, N. Ireland and Bloomington, Minnesota. This declaration is made in support of Defendant Seagate Technology's Motion for Partial Summary Judgment of Non-Infringement on TMR Sensors, or, in the Alternative, Complete Summary Judgment of Invalidity. It is made based on my personal knowledge and the documents produced by Seagate during this litigation.

2. In 1997, Seagate began the research and development that led to its commercial HDDs with TMR read heads. Seagate began manufacturing such HDDs with TMR read heads in August 2004.

3. All of Seagate's commercial HDDs with TMR read heads have a tunnel barrier layer consisting of an oxide material. Specifically, the tunnel barrier layers are made of either ▮▮▮▮▮▮▮. Neither of these oxides is a metal.

4. One of the functions of the tunnel barrier layer in Seagate's HDDs with TMR read heads is to facilitate quantum mechanical electron tunneling. The TMR effect from Seagate's TMR read heads relies on the tunneling facilitated by the tunnel barrier layers.

5. The tunnel barrier layers in Seagate's HDDs with TMR read heads facilitate tunneling by, among other things, acting as a barrier to the flow of electrons into and through them, and by being sufficiently thin to allow for tunneling to occur. Seagate's

1  tunnel barrier layers have thicknesses of between approximately ▮▮▮▮▮ with the
2  specific thickness depending on the particular TMR read head design.
3      6. As of this date, Seagate has four designs for its TMR read heads under
4  production – ▮▮▮▮▮▮▮▮▮▮▮▮▮ Each of these designs uses
5  either a ▮▮▮▮▮ tunnel barrier layer.
6      7. After conducting an inquiry within Seagate, I understand that Seagate has
7  manufactured or is currently manufacturing a total of 75 different HDDs with TMR read
8  heads, all of which have either ▮▮▮▮▮▮▮▮▮▮▮▮▮ read heads. I
9  reserve the right to supplement my disclosure to add any additional HDDs with TMR
10 read heads that Seagate may release in the future.
11     8. Based on my inquiry within Seagate, attached hereto as Exhibit 1 is a true and
12 correct list of the internal HDD names for Seagate's HDDs with TMR read heads that
13 Seagate has manufactured or is currently manufacturing.
14     I declare under penalty of perjury that the foregoing is true and correct. Executed
15 this 18 day of March, 2008, in Boston, Massachusetts.

_____
Kenneth D. Allen, Ph.D

DECLARATION OF KENNETH D. ALLEN, Ph.D
Case No. SACV 06-788 JVS (ANx)