# EXHIBIT 1

# TO

# DECLARATION OF KENNETH D. ALLEN

**FILED UNDER SEAL**