WILLIAM C. ROOKLIDGE (SBN 134483)
MARTHA K. GOODING (SBN 101638)
ROBERT C. LAURENSON (SBN 132940)
**HOWREY LLP**
4 Park Plaza
Suite 1700
Irvine, CA 92614
Telephone: 949-721-6900
Facsimile: 949-721-6910
E-mail: rooklidgew@howrey.com
E-mail: goodingm@howrey.com
E-mail: laurensonr@howrey.com

DAVID J.F. GROSS (*pro hac vice*)
CALVIN L. LITSEY (*pro hac vice*)
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
E-mail: dgross@faegre.com
E-mail: clitsey@faegre.com
**Attorneys for Defendant**
**SEAGATE TECHNOLOGY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIEMENS AG,**<br><br>                    Plaintiff,<br><br>vs.<br><br>**SEAGATE TECHNOLOGY,**<br><br>                    Defendant. | **Case No. SACV06-788 JVS (ANx)**<br><br><br>**DECLARATION OF**<br>**CAROLINE ROSS, PH.D** |
| Discovery Cutoff: July 29, 2008<br>Pretrial Conference: October 27, 2008<br>Trial Date: November 11, 2008 | Hearing Date: September 22, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>          Before Judge James V. Selna |

1  I, CAROLINE ROSS, Ph.D, declare:

2      1.    I am a Professor at the Massachusetts Institute of Technology (MIT), with

3  an appointment in the Department of Materials Science & Engineering.

4      2.    Attached to this declaration as Exhibit 1 is my Expert Report, dated May

5  19, 2008, on specified topics in the above-captioned case relating to the invention

6  claimed in U.S. Patent No. 5,686,838.  My qualifications, opinions and the bases for my

7  opinions are set forth in the Report.

8      3.    I declare under penalty of perjury that all of my opinions in the Report, and

9  the bases of those opinions, are true and correct to the best of my knowledge and belief,

10  including those relating to scientific issues, which I believe are true and correct to a

11  reasonable degree of scientific certainty.  However, I reserve the right to supplement this

12  Report and my opinions in view of any new material or information provided to me.

13      Executed this 31st day of July, 2008, in Cambridge, Massachusetts.

Caroline Ross

_____

Caroline Ross, Ph.D

DECLARATION OF CAROLINE ROSS, Ph.D
Case No. SACV 06-788 JVS (ANx)