```
 1  WILLIAM C. ROOKLIDGE (SBN 134483)
    E-mail: rooklidgew@howrey.com
 2  MARTHA K. GOODING (SBN 101638)
    E-mail: goodingm@howrey.com
 3  ROBERT C. LAURENSON (SBN 132940)
    E-mail: laurensonr@howrey.com
 4  HOWREY LLP
    4 Park Plaza, Suite 1700
 5  Irvine, California 92614
    Telephone: (949) 721-6900
 6  Facsimile: (949) 721-6910

 7  DAVID J.F. GROSS (pro hac vice)
    E-mail: dgross@faegre.com
 8  CALVIN L. LITSEY (pro hac vice)
    E-mail: clitsey@faegre.com
 9  FAEGRE & BENSON LLP
    2200 Wells Fargo Center
10  90 South Seventh Street
    Minneapolis, MN 55402
11  Telephone: 612-766-7000
    Facsimile: 612-766-1600
12
    Attorneys for Defendant
13  Seagate Technology
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| SIEMENS, AG, | ) Assigned for All Purposes To: |
|---|---|
| Plaintiff, | ) Hon. James V. Selna |
| vs. | ) |
| SEAGATE TECHNOLOGY, | ) Case No. SACV06-788 JVS (ANx) |
| Defendant. | ) **ORDER RE TRIAL EQUIPMENT AND TECHNOLOGY** |

[PROPOSED] ORDER
Case No. SACV06-788 JVS (ANx)

DM_US:21585924_1

1  The Court has reviewed the parties' Stipulation Re Trial Equipment and
2  Technology, and good cause appearing therefor, hereby ORDERS that the parties may
3  bring to Court on November 7, 2008 or November 10, 2008 the following equipment for
4  use by the parties and counsel at trial:

- 1 Epson 83001 Projector (5200L)
- 1 Projector Bulb – Epson 8300
- 1 DaLite Project Stand (25" x 17") w/skirt
- 1 DaLite Insta-Theater Screen 100"
- 1 7.5' x 10' Fastfold Screen (150")
- 1 Wolfvision Visualizer VZ-9
- 1 DaLite Projectostand (25" x 17")
- 4 HP L1740 17" LCD Monitors
- 1 pair Fender 150W Speakers
- 2 CAP-1 Computer Audio Patch
- 1 VGA Distribution Amp
- 1 Inline 1 in x 8 out VGA DA IN3268
- 1 Extron VGA Switch
- 1 Extron VGA Switch (for Wolfvision visualizer)
- 1 HP 4350 BW Printer
- 1 Xerox Document Scanner
- 1 Small Refrigerator
- And any related cords, wires, power strips, and similar items necessary for the above.

**IT IS SO ORDERED.**

November 6, 2008

_____
Hon. James V. Selna
United States District Court Judge

-1-

[PROPOSED] ORDER
Case No. SACV06-788 JVS (ANx)

DM_US:21585924_1