FILED
CLERK, U.S. DISTRICT COURT

DEC - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Siemens,<br><br>             Plaintiff,<br><br>    v.<br><br>Seagate Technology,<br><br>             Defendants. | SACV 06-00788-JVS(ANx)<br><br>COURTS EXHIBIT 3 |

- 1 -

## PROPOSED STIPULATION

The parties agree and stipulate that Siemens provided notice of infringement of the '838 Patent to Seagate on November 24, 2004. The parties disagree as to whether Siemens provided notice of infringement prior to that date.

_____
For Seagate

_____
For Siemens.