FILED
CLERK, U.S. DISTRICT COURT

DEC 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Siemens,<br><br>              Plaintiff,<br><br>  v.<br><br>Seagate Technology,<br><br>              Defendants. | SACV 06-00788-JVS(ANx)<br><br>COURTS EXHIBIT 4 |

# Los Angeles Times

## BUSINESS

CC / SF / VN / OC

TUESDAY, DECEMBER 16, 2008 :: LATIMES.COM/BUSINESS

DOW 8,564.53 ▼ 65.15 | S&P 500 868.57 ▼ 11.16 | NASDAQ 1,508.34 ▼ 32.38 | GOLD $835.40 ▲ 16.50 | OIL $44.51 ▼ 1.77 | EURO $1.367 ▲ 0.029 | U.S. T-BILL (6-mo.) 0.27% ▲ 0.06 | U.S. T-NOTE

### COURTS

# Siemens to pay fines in criminal probe



CHIP SOMODEVILLA Getty Images
**SETTLEMENT:** Acting U.S. Assistant Atty. Gen. Matthew Friedrich announces the agreement in Washington.

*The company settles corruption charges in the U.S. and Germany for $1.34 billion.*

**JOSH MEYER**
REPORTING FROM WASHINGTON

German industrial giant Siemens agreed Monday to pay a record $800 million to settle U.S. criminal charges stemming from what federal authorities say was a systemic campaign of bribing foreign officials for lucrative contracts.

The Munich company also agreed to pay about $540 million to settle similar charges in Germany, which started the investigation in 2006. Both U.S. and German officials said that current and former Siemens executives still could face criminal charges in the continuing international corruption investigation.

"The scope of the bribery scheme is astonishing, and the tone set at the top of Siemens was a corporate culture in which bribery was tolerated and even rewarded at the highest levels of the company," said Linda Chatman Thomsen, director of the Securities and Exchange Commission's enforcement division, which also filed and settled a civil action.

From the 1990s through 2007, Siemens executives sent emissaries around the globe to pay off influential government officials in China, Venezuela, Argentina, Bangladesh and other nations to get contracts for transportation, telecommunications and other mas-
[See Siemens, Page C8]

ER 16, 2008

# Los Angeles Times

# Siemens settles charges of bribery

LATIMES.COM/BUSINESS

[Siemens, from Page C1]

sive infrastructure projects worth billions of dollars, Justice Department officials said.

Federal authorities disclosed the details of Siemens' far-flung activities at a news conference here, several hours after a federal judge approved a complex plea agreement by Europe's largest engineering company. The parent company and several subsidiaries conceded participating in the long-running criminal scheme in varying degrees, a plea that authorities said allows the company to remain eligible for many U.S. contracts.

"We're very pleased to have this painful chapter in our history closed," said Peter Solmssen, Siemens' general counsel. "And we are very pleased that our previous efforts to remediate our problems with corruption have been rewarded."

The company didn't admit to bribing or pleading guilty instead to a two-count criminal complaint accusing it of violating the Foreign Corrupt Practices Act's internal controls and bookkeeping provisions. Three subsidiaries pleaded guilty to conspiracy charges.

Siemens, whose shares are traded on the New York Stock Exchange, agreed to pay $450 million for the violations and an additional $350 million to settle the SEC's civil claims that the company bribed foreign officials to win $1.1 billion in contracts.

The corrupt-practices law applies to foreign companies through an agreement between the U.S. and its major trading partners. The law requires those whose securities are listed on U.S. exchanges to comply with its accounting provisions and certain anti-bribery provisions.

For the SEC, the settlement is at least 10 times larger than the previous record settlement of a corruption case involving a corporation and foreign governments, Thomsen said.

She said the pattern of bribery by Siemens was unprecedented in scale and geographic reach, involving more than $1.4 billion in bribes to government officials in Asia, Africa, Europe, the Middle East and the Americas. Authorities would not say whether the investigation was targeting any past or present U.S. officials.

Altogether, Siemens has paid more than $1.6 billion in fines to settle related cases, including about $275 million to German authorities last year.

Acting Assistant Atty. Gen. Matthew Friedrich said the plea agreements "make clear that for much of its operations across the globe, bribery was nothing less than standard operating procedure for Siemens."

Siemens' corporate executives used a clandestine network of slush funds, shadowy intermediaries and consultants armed with suitcases full of cash to win some government contracts and to ensure the continued payments, according to court filings unsealed in Washington.

They hid their activities through a complex series of off-the-books accounting procedures, including using removable Post-It notes to hide the identity of executives who had authorized illicit payoffs, the documents showed.

Siemens lawyer Solmssen said the company's intensive cooperation with the German and U.S. governments, was instrumental in helping it avoid potentially far more serious penalties.

Such cases of corruption, authorities said, are especially damaging to countries forced to use scarce national resources to pay for desperately needed government infrastructure projects, which often cost more because there is no competitive bidding.

"Corruption is not a gentleman's agreement where no one gets hurt," Friedrich said. "People do get hurt. And the people who get hurt the worst are often residents of the poorest countries on the face of the Earth."

The investigation started in 2006, when nearly 200 German law enforcement agents got a tip about widespread corruption at Siemens and raided numerous offices and homes.

The FBI deployed agents from a Washington squad specially trained in foreign corruption cases to work with German authorities, said Joseph Persichini Jr., an assistant FBI director. He said agents found a "massive, willful and carefully orchestrated criminal corruption scheme."

"Their actions were not an anomaly," Persichini said. "They were standard operating procedures for corporate executives who viewed bribery as a business strategy."

Asked why, despite such strong statements, the government had not charged Siemens with bribery or gone after its corporate executives, Friedrich said the company had cooperated fully in the investigation, engaged in significant reforms and hired a former German finance minister as an independent compliance monitor for the next four years.

"In this case, one weighed all the factors," he said. "This was the right disposition. And the court agreed with our proposal."

Simeon M. Kriesberg, a lawyer at Mayer Brown, said the Siemens case was the most concrete proof to date that the Justice Department and the SEC had made enforcement of the corrupt practices law a priority, and that they were taking the necessary steps to investigate and prosecute cases jointly with their foreign counterparts.

Over the last five years, Kriesberg said, there have been more such prosecutions and enforcement actions, stiffer penalties and more targeting of individuals and companies.

"I'm sure this settlement is going to send shivers down the spines of boards of directors and senior managements of corporations around the world," Kriesberg said.

Meyer is a Times staff writer. josh.meyer@latimes.com

More

Tuesday, December 16, 2008

**THE WALL STREET JOURNAL** EUROPE



Today's Paper | Video | Columns | Blogs | Graphics | Newsletters & Alerts | **New!** Journal Community | Log In

**HOME** | **U.S.** | **WORLD** | **BUSINESS** | **MARKETS** | **TECH** | **PERSONAL FINANCE** | **LIFE & STYLE** | **OPINION** | C

ASIA | EUROPE | EARNINGS | ECONOMY | HEALTH | LAW | AUTOS | MANAGEMENT | MEDIA & MARKETING | MORE IN



1 of 10 — Morgan Stanley Posts $2.3 Billion Loss

2 of 10 — U.S. Ratchets Up Citi Oversight

Gerr Prod

DECEMBER 16, 2008

# Siemens Pays Record Fine in Probe
### $800 Million Settlement Will End U.S. Bribery Case for German Conglomerate

| Article | Comments |

### SUBSCRIBER CONTENT PREVIEW
FOR FULL SITE ACCESS: **SUBSCRIBE NOW**

A record $800 million in U.S. fines for bribery allegations levied against Siemens AG on Monday could have been much higher if the German engineering and industrial conglomerate hadn't taken steps to cooperate with prosecutors, officials and lawyers say.

When a German government investigation became known in late 2006, Siemens quickly turned to New York law firm Debevoise & Plimpton LLP. The move highlights a widespread practice in the U.S., where prosecutors encourage companies to hire private-sector investigators and then share the information with authorities.

In return, companies can expect more lenient fines and sanctions.

In a Friday court filing, ...

**TO CONTINUE READING, SUBSCRIBE NOW »**

 Email   Printer Friendly   Order Reprints  Share:    



### Editors' Picks

**Sponsored Links**

**Background Checks: $14.95**
Comprehensive Background Checks. Address, Criminal, Assets, Lawsuits.
intelligentinvestigations.com

**30yr Mortgage at 5yr Low!**
Now is the time to Refinance! $180,000 Refi for $999/mo.
www.MortgageRatesExperts.com

**Solar, Wind, Cogen - AESO**
Hot Stock. Develops Energy Efficiency Projects. Invest Now.
www.AltlanticEnergy.net

Subscribe Now for Full Article Access and Get
**TWO WEEKS FREE**
SUBSCRIBE NOW

WSJ Subscriber's content provides:
- **Personalized** tracking of industries
- **Heard on the Street**: up-to-the-minute news and analysis that affects the markets and industries
- **Core business news:** "What's News" and new "Management" section

Most Po[pular]

Read | E[mailed]

1. Fed
2.
3. App[le]
4. Opi[nion]
5.

Most Rea[d]

THE WALL STREET JOURNAL

Search News, Quotes, Companies


GET 2 W[eeks]
THE ONLINE JOURN[AL]
SUBSCRIBE NOW

**Log In or Subscribe to access your WSJ.com Account**

**Help & Information Center:**
Help
Customer Service
Contact Us
New on WSJ.com
Tour the new Journal

**About:**
News Licensing
Advertising
Conferences
About Dow Jones
Privacy Policy - Updated
Subscriber Agreement & Terms of Use - Updated
Copyright Policy
Jobs at WSJ.com

**WSJ.com:**
Site Map
Home
U.S.
World
Business
Markets
Market Data
Tech
Personal Finance
Life & Style
Opinion
Autos
Careers
Real Estate
Small Business
Corrections

**Tools & For[ms]**
Today's Pap[er]
Video Cente[r]
Graphics
Columns
Blogs
Alerts
Newsletters
Mobile
Podcasts
RSS Fee[ds]
Journal Com[munity]
Forums

Copyright ©2008 Dow Jones & Company, Inc. All Rights Reserved