# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 06-00788-JVS(ANx) | Date | December 9, 2008 |
| Title: | Siemens v. Seagate Technology | | |

Present: The Honorable **JAMES V. SELNA**

| | |
|---|---|
| Karla J. Tunis | Sharon Seffens / Deborah Parker |
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John O'Malley | David Gross    Tim Grimsrud |
| Robert Chiaviello, Jr. | Calvin Litsey |
| Brandon Fernald | Aaron van Oort |
| Miriam Quinn | Chris Burrell    Jaya Paul |

____ Day Court Trial      **11th** **Day Jury Trial**

____ One day trial:    ____ Begun (1st day);    **X** **Held & Continued;**    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
**X** **Witnesses called, sworn and testified.**    **X** **Exhibits identified.**    **X** **Exhibits admitted.**
**X** **Plaintiff(s) rest.**    ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    ____ Briefs to be filed by
____ Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by ____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
**X** **Case continued    Tuesday, December 10, 2008 at 8:00 a.m.**    for further trial/further jury deliberation.
**X** **Other    Court's Exhibit 3 (stipulation of the parties) read to the Jury.   The Court and counsel confer re jury instructions, evidentiary issues and exhibits.**

5 : 40

Initials of Deputy Clerk    kjt

cc: