FILED
CLERK, U.S. DISTRICT COURT

DEC 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SIEMENS, AG,

    Plaintiff,

v.

SEAGATE TECHNOLOGY,

    Defendant.

CASE NO: SACV 06-788 JVS(ANx)

SPECIAL VERDICT

(Public Redacted Version)

This document, when completed by you, will constitute the verdict of the jury in this case. This will be the form you will use to answer the questions discussed with you previously in this charge.

We, the jury, answer the following questions in the following manner:

1. Has Seagate proven, by clear and convincing evidence, that any claim

December 17, 2008

1

of the '838 Patent is invalid because it was anticipated by the invention of IBM employee(s)?

Yes ✓   No ____

*If you answer "Yes" to Question 1, you must answer Question 2.*

*If you answer "No" to Question 1, skip to Question 3.*

2. Please check all claims of the '838 Patent that you find to be invalid for this reason:

Claim 1   ✓
Claim 7   ✓
Claim 14  ✓
Claim 15  ✓
Claim 19  ✓
Claim 20  ✓

3. Has Seagate proven, by clear and convincing evidence, that any claim of the '838 Patent is invalid because the invention claimed in the Patent was obvious to one of ordinary skill in the art as of December 21, 1992?

Yes ✓   No ____

*If you answer "Yes" to Question 3, you must answer Question 4.*

December 17, 2008 PM                    2

*If you answer "No" to Question 3, skip to Question 5.*

4. Please check all claims of the '838 Patent that you find to be invalid for this reason:

Claim 1   ✓  
Claim 7   ✓  
Claim 14  ✓  
Claim 15  ✓  
Claim 19  ✓  
Claim 20  ✓  

5. Has Seagate proven, by clear and convincing evidence, that Hugo van den Berg or anyone substantively involved in the filing or prosecution of the '838 Patent application engaged in inequitable conduct before the Patent and Trademark Office that rendered the patent unenforceable?

Yes _____          No ___✓___

*If you find any claim is not marked as invalid in answer to **both** Questions 2 and 4, then answer Questions 6 and 7 below. If you have marked all claims as invalid in either Question 2 or 4, skip the remaining questions, and sign and date this form.*

6. State the amount of damages in the form of a reasonable royalty, if any, that you find Siemens has proven by a preponderance of the evidence.

December 17, 2008 PM                    3

On sales which occurred in the United States for delivery in the United States:          $ _____

On offers for sales or sales in the United States for delivery outside the United States:          $ _____

7. Has Siemens proven, by clear and convincing evidence, that Seagate willfully infringed the '838 Patent?

Yes _____     No _____

*Once you have followed all of the instructions above, please sign and date this Verdict Form.*

DATED: December 23, 2008

_____
Foreperson

December 17, 2008 PM                    4