JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIEMENS AG,** | Case No. SACV06-788 JVS (ANx) |
| Plaintiff, | |
| vs. | **FINAL JUDGMENT** |
| **SEAGATE TECHNOLOGY,** | |
| Defendant. | |

1 This action came on for trial before the Court and a jury, the Honorable James V. Selna, District Judge, presiding.  The issues having been duly tried and the jury having duly rendered its verdict and the Court having rendered its decision, it is Ordered and Adjudged that the Plaintiff Siemens AG take nothing, that the action be dismissed on the merits, that judgment be entered for Defendant Seagate Technology on all claims, and that Defendant Seagate Technology recover its costs.

LET JUDGMENT BE ENTERED ACCORDINGLY FORTHWITH.

Dated: January 30, 2009         By: _____
                                    HONORABLE JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE

fb.us.3581220.03