JOHN A. O'MALLEY (SBN 101181)
BRANDON C. FERNALD (SBN 222429)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, CA  90071
Telephone:  213/892-9200
Facsimile:  213/892-9494
E-mail:  jomalley@fulbright.com
E-mail:  bfernald@fulbright.com

Attorneys for Plaintiff
SIEMENS AG

WILLIAM C. ROOKLIDGE (SBN 134483)
MARTHA K. GOODING (SBN 101638)
ROBERT C. LAURENSON (SBN 132940)
**HOWREY LLP**
4 Park Plaza
Suite 1700
Irvine, CA 92614
Telephone:  949/721-6900
Facsimile:   949/721-6910
E-mail:  rooklidgew@howrey.com
E-mail:  goodingm@howrey.com
E-mail:  laurensonr@howrey.com

**Attorneys for Defendant
SEAGATE TECHNOLOGY LLC**

[**Additional Counsel Continued on Next Page**]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIEMENS AG,** | Case No. SACV06-788 JVS (ANx) |
| Plaintiff, | **ORDER AMENDING PROTECTIVE ORDER** |
| vs. | |
| **SEAGATE TECHNOLOGY,** | |
| Defendant. | |

| | |
|---|---|
| 1 | ROBERT M. CHIAVIELLO, JR. |
| 2 | MIRIAM QUINN |
|   | **FULBRIGHT & JAWORSKI L.L.P.** |
| 3 | 2200 Ross Avenue, Suite 2800 |
|   | Dallas, TX  75201-2784 |
| 4 | Telephone:  214/855-8000 |
|   | Facsimile:  214/855-8200 |
| 5 | E-mail:  bobc@fulbright.com |
|   | E-mail:  mquinn@fulbright.com |
| 6 | |
| 7 | DAVID J.F. GROSS (*pro hac vice*) |
|   | CALVIN L. LITSEY (*pro hac vice*) |
| 8 | **FAEGRE & BENSON LLP** |
|   | 2200 Wells Fargo Center |
| 9 | 90 South Seventh Street |
|   | Minneapolis, MN 55402 |
| 10 | Telephone:  612/766-7000 |
|   | Facsimile:   612/766-1600 |
| 11 | E-mail:  dgross@faegre.com |
| 12 | E-mail:  clitsey@faegre.com |

[PROPOSED] ORDER AMENDING PROTECTIVE ORDER
Case No. SACV06-788 JVS (ANx)
DM_US:23054071_2

Having reviewed the parties' Stipulated Request for Amendment to Protective Order and for good cause shown, the Court hereby grants the parties' Stipulated Request and orders that the Stipulated Protective Order entered by the Court in this action on March 1, 2007 (the "Protective Order") is amended, to add the following provision:

"It will not be a violation of the Protective Order for individuals who are involved in the pending patent enforcement action in Northern Ireland between Siemens, a party to this Action, and Seagate Technology (Ireland), a subsidiary of Seagate but a non-party to this Action ("the Northern Ireland Case") and who fall under provisions of Annex A, B, and C of the Confidentiality Undertaking agreed to by Siemens and Seagate Technology (Ireland) in the Northern Ireland case to receive access to the documents produced in this Action by Siemens and Seagate, and to use those documents for the purpose of the Northern Ireland Case; provided, however, that this amendment does not apply to non-public documents produced by third parties in this Action, but only those documents produced and designated by Siemens and Seagate in this Action.  The provisions of the Protective Order will remain unchanged in all other respects."

**IT IS SO ORDERED.**

Dated:  January 21, 2010

_____
Hon. James V. Selna
United States District Court Judge